# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146702

WARNER NORCROSS & JUDD, LLP,
          Plaintiff-Appellant,

v

RDD INVESTMENT CORPORATION,
          Defendant-Appellee,

and

POLICE AND FIRE RETIREMENT SYSTEMS
OF THE CITY OF DETROIT, ROMULUS
DEEP DISPOSAL LIMITED PARTNERSHIP,
REMUS JOINT VENTURE, ENVIRONMENTAL
DISPOSAL SYSTEMS, INC., RONALD ZAJAC,
P.C., and F. LOGAN DAVIDSON,
          Defendants.
_____/

SC: 146702
COA: 312779
Wayne CC: 09-014899-CK

On order of the Court, the application for leave to appeal the January 8, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

d0325